Alice Jonkman, Appellee, v. George Singletary, Appellant.

## Gen. No. 46,764. (Abstract of Decision.)

First District, First Division.

May 7, 1956.

Released for publication June 12, 1956.

Wyatt Jacobs, for appellant; Joseph B. Lederleitner, of counsel; Fischer, Bosgraf & MacKenzie, for appellee; John J. Kennelly, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.